(78 South. 381)

WALDEN v. LEACH. (7 Div. 776.)

(Supreme Court of Alabama. Feb. 16, 1918. Rehearing Denied April 4, 1918.)

APPEAL AND ERROR ☞338(2)—TIME FOR FILING APPEAL—DISMISSAL.

When judgment was rendered April 20, 1915, and appeal was not taken until December 16, 1915, on the writ, the appeal was governed by Act Sept. 22, 1915 (Acts 1915, p. 711), and must be dismissed.

Appeal from Circuit Court, Etowah County; J. E. Blackwood, Judge.

Action between Willie Walden, as administratrix, and Dr. J. E. Leach. Judgment for Leach, and Walden appeals. Appeal dismissed.

W. A. Denson, of Birmingham, for appellant.

PER CURIAM. The judgment in this case was rendered April 20, 1915, and the appeal was taken more than six months thereafter on the writ, December 16, 1915, and said appeal was governed by the act of September 22, 1915 (Acts 1915, p. 711). This appeal must therefore be dismissed upon the authority of Coker v. Fountain, 200 Ala. 95, 75 South. 471, and cases there cited.

Appeal dismissed.

ANDERSON, C. J., and McCLELLAN, GARDNER, and THOMAS, JJ., concur.